1 | TOD M. RATFIELD (State Bar No. 148545)
1233 Alpine Road
2 | Walnut Creek, CA  94596
Telephone: (925) 934.3300
3 | Facsimile:  (925) 934.9775
Email: todratfield@yahoo.com
4 |
Attorneys for Plaintiffs
5 | DUARTE & WITTING, INC. dba NADER
CHRYSLER PLYMOUTH, and NADER
6 | EGHTESAD and AFSANEH EGHTESAD

7 |

8 | MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
9 | STEPHANIE DUCHENE (State Bar No. 234896)
SONNENSCHEIN NATH & ROSENTHAL LLP
10 | 685 Market Street, 6th Floor
San Francisco, CA 94105
11 | Telephone: (415) 882-5000
Facsimile:  (415) 543-5472
12 | Email:    mbarnes@sonnenschein.com
          smartin@sonnenschein.com
13 |          sduchene@sonnenschein.com

14 | Attorneys for Defendant
UNIVERSAL UNDERWRITERS
15 | INSURANCE COMPANY

16                             UNITED STATES DISTRICT COURT

17                            NORTHERN DISTRICT OF CALIFORNIA

18                                  SAN FRANCISCO DIVISION

| | |
|---|---|
| DUARTE & WITTING, INC. dba NADER CHRYSLER PLYMOUTH, and NADER EGHTESAD and AFSANEH EGHTESAD, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSAL UNDERWRITERS INSURANCE COMPANY, and DOES 1-100, inclusive,<br><br>Defendants. | No. C 05-1315 MHP<br><br>AMENDED STIPULATION AND [PROPOSED] ORDER RE DISCOVERY AND DISPOSITIVE MOTION DEADLINES |

1   The parties, by and through their respective counsel of record, hereby stipulate and agree
2   as follows and respectfully request that the Court approve and give effect to their stipulation:
3   WHEREAS Sonia Martin, counsel for Universal Underwriters Insurance Company,
4   suffered a death in her family on March 29, 2006 and will spend most of the week of April 3,
5   2006 making funeral arrangements and attending the funeral;
6   WHEREAS Universal has been unable to complete the depositions of plaintiffs Nader
7   Eghtesad and Duarte and Witting, Inc. dba Nader Chrysler Plymouth ("Nader Chrysler")
8   because plaintiffs recently completed their document production;
9   WHEREAS Universal's repeated attempts to personally serve a deposition subpoena on
10  plaintiffs' engineer, Mehdi Rezazadeh, have been unsuccessful to date since he has been in Los
11  Angeles;
12  WHEREAS Universal recently served a subpoena on Nestor Lopez, and he will need to
13  be deposed to preserve his testimony for trial;
14  WHEREAS the parties recently learned that a material witnesses, Rick and Vicky
15  Frame, reside in Nevada City, California, and will need to be deposed to preserve their
16  testimony for trial;
17  WHEREAS the discovery cut-off currently is April 3, 2006 and the deadline to file
18  dispositive motions currently is April 10, 2006;
19  WHEREAS a thirty-day continuance of the discovery cut-off and the deadlines to file and
20  hear dispositive motions will not affect any other case management dates set by the Court;
21  IT IS HEREBY STIPULATED AND AGREED that the discovery cut-off should be
22  continued to May 3, 2006, for the sole purpose of completing currently scheduled depositions,
23  including, but not limited to James Wraith, Jim Redfern, Universal Underwriters Person Most
24  Knowledgeable, David Murphy, Geron Van Den Berg, Bob Edwards and Philip R. Henry as well
25  as the depositions of Mr. and Mrs. Frame, Mr. Rezazadeh, Gary Hsu and the continued
26  deposition of Mr. Eghtesad and Nader Chrysler, on the dates currently scheduled or as mutually
27  agreed by the parties.
28   ///

1. IT IS HEREBY STIPULATED AND AGREED that the deadline to file dispositive motions should be continued to May 8, 2006, and the deadline to hear dispositive motions should be continued to June 12, 2006.

IT IS SO STIPULATED.

Dated: March 30, 2006          Respectfully submitted,

LAW OFFICE OF TOD RATFIELD

By    /s/    .
Tod Ratfield

Attorneys for Plaintiffs
DUARTE & WITTING, INC. dba NADER CHRYSLER PLYMOUTH, and NADER EGHTESAD and AFSANEH EGHTESAD

Dated: March 30, 2006          SONNENSCHEIN NATH & ROSENTHAL LLP

By    /s/    .
Sonia Martin

Attorneys for Defendant
UNIVERSAL UNDERWRITERS INSURANCE COMPANY

IT IS SO ORDERED.

27233322

IT IS SO ORDERED
Judge Marilyn H. Patel

April 3, 2006

-3-

CASE NO. C05-1315 MHP          AMENDED STIP. AND [PROP.] ORDER RE DISCOVERY & DISP. MOT. DEADLINES