1  TOD M. RATFIELD (State Bar No. 148545)
   1233 Alpine Road
2  Walnut Creek, CA 94596
   Telephone: (925) 934.3300
3  Facsimile: (925) 934.9775
   Email: todratfield@yahoo.com
4
   Attorneys for Plaintiffs
5  DUARTE & WITTING, INC. dba NADER
   CHRYSLER PLYMOUTH, and NADER
6  EGHTESAD and AFSANEH EGHTESAD

7

8  MICHAEL BARNES (State Bar No. 121314)
   SONIA MARTIN (State Bar No. 191148)
9  STEPHANIE DUCHENE (State Bar No. 234896)
   SONNENSCHEIN NATH & ROSENTHAL LLP
10 685 Market Street, 6th Floor
   San Francisco, CA 94105
11 Telephone: (415) 882-5000
   Facsimile: (415) 543-5472
12 Email:   mbarnes@sonnenschein.com
            smartin@sonnenschein.com
13          sduchene@sonnenschein.com

14 Attorneys for Defendant
   UNIVERSAL UNDERWRITERS
15 INSURANCE COMPANY

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                         SAN FRANCISCO DIVISION

19 | DUARTE & WITTING, INC. dba        | No. C 05-1315 MHP
   | NADER CHRYSLER PLYMOUTH, and      |
20 | NADER EGHTESAD and AFSANEH        | STIPULATION AND [PROPOSED]
   | EGHTESAD, individuals,            | ORDER RE DISCOVERY DEADLINE
21 |                                   |
   |         Plaintiffs,               |
22 |                                   |
   |     vs.                           |
23 |                                   |
   | UNIVERSAL UNDERWRITERS            |
24 | INSURANCE COMPANY, and DOES       |
   | 1-100, inclusive,                 |
25 |                                   |
   |         Defendants.               |
26

27

28

1   The parties, by and through their respective counsel of record, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

WHEREAS plaintiffs' counsel, Tod Ratfield, is a solo practitioner and has been preparing for a trial in another case, which is scheduled to begin on May 8, 2006;

WHEREAS Universal has been unable to complete the depositions of Nastaran Eghtesad, Nader Eghtesad, Duarte and Witting, Inc. dba Nader Chrysler Plymouth and Mehdi Rezazadeh, because plaintiffs' counsel has been unable to provide dates for the continued depositions;

WHEREAS Universal's repeated attempts to serve deposition subpoenas on Rick and Vicky Frame have been unsuccessful, and they will need to be deposed to preserve their testimony for trial;

WHEREAS plaintiffs have not completed the deposition of Rob Edwards;

WHEREAS the discovery cut-off currently is May 3, 2006; and

WHEREAS a thirty-day continuance of the discovery cut-off will not affect any other case management dates set by the Court;

IT IS HEREBY STIPULATED AND AGREED that the discovery cut-off should be continued to June 3, 2006, for the sole purpose of completing the depositions of Mr. Edwards, Mr. and Mrs. Frame, Mr. Rezazadeh, Gary Hsu, Nastaran Eghtesad, Richard Mendelsohn, Mr. Eghtesad and Nader Chrysler, on the dates currently scheduled or as mutually agreed by the parties.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: April 24, 2006 | Respectfully submitted, |
| 2 | | LAW OFFICE OF TOD RATFIELD |
| 4 | | By          /s/                         . |
| 5 | | Tod Ratfield |
| 6 | | Attorneys for Plaintiffs<br>DUARTE & WITTING, INC. dba NADER CHRYSLER PLYMOUTH, and NADER EGHTESAD and AFSANEH EGHTESAD |
| 8 | Dated: April 24, 2006 | SONNENSCHEIN NATH & ROSENTHAL LLP |
| 11 | | By          /s/                         . |
| 12 | | Sonia Martin |
| 13 | | Attorneys for Defendant<br>UNIVERSAL UNDERWRITERS INSURANCE COMPANY |
| 17 | IT IS SO ORDERED. | |

IT IS SO ORDERED

Judge Marilyn H. Patel