TOD M. RATFIELD (State Bar No. 148545)
1233 Alpine Road
Walnut Creek, CA 94596
Telephone: (925) 934.3300
Facsimile: (925) 934.9775
Email: todratfield@yahoo.com

Attorneys for Plaintiffs
DUARTE & WITTING, INC. dba NADER
CHRYSLER PLYMOUTH, and NADER
EGHTESAD and AFSANEH EGHTESAD

MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
STEPHANIE DUCHENE (State Bar No. 234896)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
Email: mbarnes@sonnenschein.com
smartin@sonnenschein.com
sduchene@sonnenschein.com

Attorneys for Defendant
UNIVERSAL UNDERWRITERS
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DUARTE & WITTING, INC. dba NADER CHRYSLER PLYMOUTH, and NADER EGHTESAD and AFSANEH EGHTESAD, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSAL UNDERWRITERS INSURANCE COMPANY, and DOES 1-100, inclusive,<br><br>Defendants. | No. C 05-1315 MHP<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING PRETRIAL DEADLINES |

-1-
CASE NO. C 05-1315 MHP                                         STIPULATION AND [PROPOSED] ORDER
                                                               EXTENDING PRETRIAL DEADLINES

1   The parties, by and through their respective counsel of record, hereby stipulate and agree

2   as follows and respectfully request that the Court approve and give effect to their stipulation:

3   WHEREAS, expert discovery in this case closes on July 24, 2006;

4   WHEREAS, the Court has ordered the parties to file a joint pretrial conference statement

5   and proposed pretrial order under Civ. L. R. 16-9(b) and L.R. 16-8(b)(7)-(10) no later than July

6   31, 2006;

7   WHEREAS, the Court has ordered the parties to file objections under Civ. L.R. 16-

8   8(b)(11) no later than August 7, 2006;

9   WHEREAS, the Pretrial Conference is scheduled to take place on August 16, 2006;

10  WHEREAS, defendant Universal Underwriters Insurance Company's motion for

11  summary judgment was heard on June 19, 2006 and the Court has not yet ruled on that motion;

12  WHEREAS, expert discovery and the parties' pretrial preparation and submissions will

13  be significantly impacted by the Court's ruling on the motion for summary judgment;

14  WHEREAS, a continuance of the above pretrial deadlines will not effect the trial date or

15  the date of the pretrial conference;

16  IT IS HEREBY STIPULATED AND AGREED that the expert discovery cut-off is

17  continued from July 24, 2006 to August 11, 2006.

18  IT IS HEREBY STIPULATED AND AGREED that the deadline for the parties to file a

19  joint pretrial conference statement and proposed pretrial order is continued from July 31, 2006 to

20  August 7, 2006;

21  IT IS FURTHER STIPULATED AND AGREED that the deadline for the parties to file

22  objections under Civ. L.R. 16-8(b)(11) is continued from August 7, 2006 to August 9, 2006.

23  IT IS SO STIPULATED.

24
25
26
27
28

| | | |
|---|---|---|
| 1 | Dated: July 13, 2006 | SONNENSCHEIN NATH & ROSENTHAL LLP |

By _____/s/_____

TOD M. RATFIELD

Attorneys for Plaintiffs
DUARTE & WITTING, INC. dba NADER CHRYSLER PLYMOUTH, and NADER EGHTESAD and AFSANEH EGHTESAD

Dated: July 13, 2006                           SONNENSCHEIN NATH & ROSENTHAL LLP

By _____/s/_____

SONIA MARTIN

Attorneys for Defendant
UNIVERSAL UNDERWRITERS INSURANCE COMPANY

IT IS SO ORDERED.

July 14, 2006

Hon. _____
U.S.

*[Signature: Judge Marilyn H. Patel — IT IS SO ORDERED, United States District Court, Northern District of California seal]*

-3-

CASE NO. C 05-1315 MHP                      STIPULATION AND [PROPOSED] ORDER
                                            EXTENDING PRETRIAL DEADLINES